JOHN V. JOHNSON
Attorney for Plaintiff
BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL, Acting
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LANCE RICHARD RHOADES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, ACTING COMM. OF SSA,<br><br>    Defendant | Case No.: 2:14-CV-01229-CMK<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Lance Richard Rhoades will be awarded attorney fees in the amount of FOUR THOUSAND EIGHT HUNDRED and NO CENTS DOLLARS ($4,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

    After the Court issues an order for EAJA fees to Lance Richard Rhoades, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the

United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Lance Richard Rhoades, but if the Department of the Treasury determines that Lance Richard Rhoades does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered to John V. Johnson.

This stipulation constitutes a compromise settlement of Lance Richard Rhoades' request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Lance Richard Rhoades and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: January 15, 2016

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: January 15, 2016

BENJAMIN B. WAGNER
United States Attorney
  DEBORAH L. STACHEL Acting
  Regional Chief Attorney, Region IX
  Social Security Administration

By: / s / Marcelo Illarmo
  MARCELO ILLARMO
  Special Assistant U.S. Attorney
  Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:  January 28, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2